UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 07 B 02701
   DONELL T MCMILLEN
   TANYA L SMITH                          CHAPTER 13

                                          JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-4195    SSN XXX-XX-8488
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 02/16/07 and confirmed on 05/10/07.

2. The case was dismissed after confirmation, 06/19/2008.

3. The Debtor paid a total of $   5775.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE FINANCIAL | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE FINANCIAL | MORTGAGE ARRE | 19487.85 | .00 | .00 |
| GREAT AMERICAN FINANCE | SECURED | 60.00 | .00 | 60.00 |
| GREAT AMERICAN FINANCE | SECURED | 94.82 | .00 | 94.82 |
| GREAT AMERICAN FINANCE | SECURED | 500.00 | .00 | 401.00 |
| VILLAGE OF CARPENTERSVIL | SECURED | 20.22 | .00 | 20.22 |
| CURT P REHBERG & ASSOCIA | UNSECURED | 3693.92 | .00 | 250.48 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| ARMOR SYSTEMS CORP | UNSECURED | NOT FILED | .00 | .00 |
| BARONS CREDITORS SERVICE | UNSECURED | NOT FILED | .00 | .00 |
| BRINKS HOME SECURITY | UNSECURED | NOT FILED | .00 | .00 |
| CALVARY PORTFOLIO SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| B REAL LLC | UNSECURED | 824.35 | .00 | 15.45 |
| CHICAGO REGIONAL FEDERAL | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO REGIONAL FEDERAL | UNSECURED | NOT FILED | .00 | .00 |
| CHICAGO REGIONAL FEDERAL | UNSECURED | NOT FILED | .00 | .00 |
| ROUNDUP FUNDING LLC | UNSECURED | 8615.62 | .00 | 161.49 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| ROUNDUP FUNDING LLC | UNSECURED | 762.29 | .00 | 7.67 |
| CREDITOR PROTECTION ASSO | UNSECURED | NOT FILED | .00 | .00 |
| ICE MOUNTAIN WATER | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT OF HUMAN S | UNSECURED | 6307.00 | .00 | 118.22 |
| IQ TELECOM | UNSECURED | NOT FILED | .00 | .00 |
| LOU HARRIS | UNSECURED | NOT FILED | .00 | .00 |
| NATIONWIDE CASSEL LP | UNSECURED | 319.39 | .00 | 3.21 |

```
NICOR GAS                      UNSECURED          383.39         .00        3.86
PATELCO CREDIT UNION           UNSECURED          407.73         .00        4.10
PELLETTIERI & ASSOC            UNSECURED       NOT FILED         .00         .00
PELLETTIERI & HENNINGS P       UNSECURED       NOT FILED         .00         .00
POPLAR CREEK FAMILY PRAC       UNSECURED       NOT FILED         .00         .00
QVC                            UNSECURED       NOT FILED         .00         .00
RISCUITY                       UNSECURED       NOT FILED         .00         .00
SANTA BARBARA BANK & TRU       UNSECURED       NOT FILED         .00         .00
SBC AMERITECH                  UNSECURED       NOT FILED         .00         .00
SWISS COLONY                   UNSECURED       NOT FILED         .00         .00
T MOBILE USA                   UNSECURED       NOT FILED         .00         .00
THE BUREAUS INC                UNSECURED       NOT FILED         .00         .00
ROUNDUP FUNDING LLC            UNSECURED          397.38         .00        4.00
TORRES CREDIT SERVICES         UNSECURED       NOT FILED         .00         .00
TRAVELERS INSURANCE            UNSECURED       NOT FILED         .00         .00
US ENERGY SAVINGS GROUP        UNSECURED       NOT FILED         .00         .00
WEST ASSET MANAGEMENT          UNSECURED       NOT FILED         .00         .00
WELLS FARGO                    UNSECURED       NOT FILED         .00         .00
PORTFOLIO RECOVERY ASSOC       UNSECURED         1800.00         .00       33.74
NATIONAL CAPITAL MANAGEM       UNSECURED          306.66         .00        3.08
THE CHICAGO DEPT OF REVE       UNSECURED          300.00         .00        3.02
INTERNAL REVENUE SERVICE       PRIORITY          2350.35         .00     2350.35
```

Summary of disbursements:

---

|                    | SECURED   | PRIORITY  | UNSECURED | OTHER | TOTAL    |
|--------------------|-----------|-----------|-----------|-------|----------|
| TOTAL CLMS ALLOWED | 20162.89  | 2350.35   | 24117.73  | .00   | 46630.97 |
| PRINCIPAL PAID     | 576.04    | 2350.35   | 608.32    | .00   | 3534.71  |
| INTEREST PAID      | .00       | .00       | .00       | .00   | .00      |
| TOTAL PAID         | 576.04    | 2350.35   | 608.32    | .00   | 3534.71  |

The Debtor's attorney, LEGAL HELPERS PC              , was allowed $ 3000.00 and was paid $ 1000.00 direct and $ 2000.00 through the plan.

The Trustee received $    240.29 .

Refunds to the Debtor totaled $        .00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 09/10/08                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE

PAGE 3
CASE NO. 07 B 02701 DONELL T MCMILLEN & TANYA L SMITH